**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL BRANNON WHITE,<br><br>                              Plaintiff,<br><br>v.<br><br>BLOCKCHAIN INDUSTRIES, INC., et al.,<br><br>                              Defendants. | Case No.: 21-CV-242 W (WVG)<br><br>**ORDER DISMISSING DEFENDANTS WITHOUT PREJUDICE FOR FAILURE TO PROPERLY SERVE** |

Plaintiff filed this lawsuit on February 2, 2021. ([Doc. 1] "Complaint.") On October 3, 2024, the Court ordered Plaintiff to show cause (OSC) by October 11, 2024, as to why they have not filed proof of service as to defendants Patrick Moynihan, Kevin Hu, Richard Kromka, Michael Conn,[1] and Max Robbins ("Unserved Defendants"

---

[1] In the OSC, the Court recognized that Michael Conn has made several filings in the case despite Plaintiff's failure to certify service upon him.

1

collectively).  Because Plaintiff has failed to respond to the OSC, the Court **DIMISSES WITHOUT PREJUDICE** the action as to the Unserved Defendants (except Michael Conn).

**IT IS SO ORDERED**

Dated:  November 19, 2024

_____
Hon. Thomas J. Whelan
United States District Judge