UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRANNON WHITE,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>BLOCKCHAIN INDUSTRIES INC. et al.,<br><br>　　　　　　　　Defendant. | Case No.: 21-CV-242 W (DEB)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On February 12, 2025, this Court issued an Order to Show Cause (OSC) why the case should not be dismissed based on Plaintiff's, Daniel Brannon White, failure to failed to advance his case and comply with the Court's previous orders. (*OSC* [Doc. 63].) The OSC specifically stated that "[i]f good cause is not shown, the case will be dismissed," and set February 26, 2025, as the deadline for him to respond. (*Id.* at 3: 1–2.) The OSC deadline has now passed, and Plaintiff has failed to respond. Therefore, the Court **ORDERS** the case **DISMISSED WITHOUT PREJUDICE**.

Dated: February 27, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　United States District Judge